# In the United States Court of Federal Claims
**OFFICE OF SPECIAL MASTERS**
No. 22-535V

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * | | |
| TAYLOR WHITE, *as mother and natural guardian of minor child, T.J.*, | * | Chief Special Master Corcoran |
| Petitioner, | * | Filed: May 11, 2023 |
| v. | * | |
| SECRETARY OF HEALTH AND HUMAN SERVICES, | * | |
| Respondent. | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * | | |

*Leah VaSahnja Durant*, Law Offices of Leah V. Durant, PLLC, Washington, DC, for Petitioner.

*Katherine Carr Esposito*, U.S. Department of Justice, Washington, DC, for Respondent.

### RULING ON ENTITLEMENT[1]

On May 13, 2022, Taylor White, as mother and natural guardian of minor child, T.J., filed this action seeking compensation under the National Vaccine Injury Compensation Program (the "Program").[2] ECF No. 1. Petitioner alleged that T.J. developed idiopathic thrombocytopenia purpura as a result of a measles, mumps, and rubella ("MMR") vaccine administered on May 28, 2021. *Id.*

---

[1] Because this Ruling contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Ruling will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] The Vaccine Program comprises Part 2 of the National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3758, codified as amended at 42 U.S.C. §§ 300aa-10 through 34 (2012) [hereinafter "Vaccine Act" or "the Act"]. Individual section references hereafter will be to § 300aa of the Act (but will omit that statutory prefix).

On May 10, 2023, Respondent filed his Rule 4(c) Report in which he concedes that Petitioner is entitled to compensation in this case. Respondent's Rule 4(c) Report, dated May 10, 2023 (ECF No. 24) at 1. Specifically, Respondent indicates that

> [m]edical personnel at the [Division of Injury Compensation Programs, Department of Health and Human Services ("DICP")], have reviewed the petition and medical records filed in the case. It is respondent's position that petitioner has satisfied the criteria set forth in the [Vaccine Injury Table] and the Qualifications and Aids to Interpretation ("QAI")

*Id.* at 8 (citing 42 C.F.R. § 100.3(a)(V), (c)(7)).

**In view of Respondent's position and the evidence of record, I find that Petitioner is entitled to compensation.**

**IT IS SO ORDERED.**

<u>s/Brian H. Corcoran</u>
Brian H. Corcoran
Chief Special Master
